# COVER LETTER

*Right This Time IN ENOUGH Details*

*To Get It Accept A Lawyer Appointed For Me To Get Justice + Abuses to Stop*

DEAR THE HONORABLE JUDGE MICHAEL A. SHIPP  9/11/22

I HOPE MY LETTER HERE FINDS YOU IN THE BEST OF Health + Spirits
AS FOR ME I AM AT MY WORST for BOTH Health + Spirit
HEALTH BECAUSE OF LIFE THREATENING MEDICAL + HEART FAILURE PROBLEMS
SPIRIT BECAUSE I KEEP PRAYING THIS TIME I GOT IT RIGHT THE COURT
WILL ACCEPT MY CASE ASSIGN ME AN Attorney + Get Me Justice + Abuse To Stop
But Since I AM NOT THAT SMART JUST BARELY can Read + Write
I KEEP NOT GETTING IT DONE RIGHT Killing My HOPE + SPIRIT

So Here I Go Again

[ I Background ] You stated In Amended Complaint Plaintiff Asserts,
without sufficient elaboration, that He Has Been Denied The Right to Fresh AIR
① I do not KNOW what You mean by sufficient elaboration but I will try
AS I included in last mailing A WRITTEN A D.R. order stating I need Assistance
You the Yard Morning 1 of the medical/Porters to Push Me My Wheelchair
Due To My Life Threatening Heart + Medical Problems. I Can NOT
So They POC Refuse To Get Me A Porter To Assist Me As DR ordered
Thus Denying me My Right To Fresh air/YAP YARD Daily

② Same with 2nd RIGHT TO Religious Practices to elaborate
Daily Denied Fair + Balanced Jewish Kosher [ MEAT ] Just Given the Black
entree Dish NO Kosher Bread NO Kosher Desert NO Raw Veggies No toss salad
AND WORSE OF NO KOSHER JUICES for DAYS + Week
Causing Severe Dehydration KILLING ME Literally A Heart Failure
Every 3-4 week Last time Was From Aug 4th 2022
til Aug 15th 2022 12 Day 36 meals NOTHIN
To DRINK AT ALL (EXCEPT Dr. ordered Ensure to save my life
This Was NOT ENOUGH FLUIDS / LIQUIDS
AND NEEDS TO BE ORDERED by Court to case

RECEIVED AT 8:30 SEP 08 2022 WILLIAM T. WALSH CLERK

ASSIS TANCE REQUIRED by The AMERICANS WITH DISABILITIES Act

THAT IS 2 PARTS, 1ST IS AS MENTIONED IN NUMBER ① ABOVE

PART 1 DAILY — DENIED ADA ASSISTANCE by Porters To Assist / Push Me To The NAPSS

PART 2 DAILY- ② DENIED ADA ASSISTANCE by Porters To Assist / Help Me With ④ Bleach My Room / Cell At Room Daily ⑧ Change My Linens 1X A Week ⓒ TAKE MY TRASH BAG 1X A DAY ⓓ Give Me My ½ Scoops of Ice To Cool My Meds In My Radio Cup 1X A Day

④ Same with Page 2 Top Line You stated Plaintiff does Not Explain, however, what Actually occurred during These attacks or Thefts, many of which Happen At The Hands of other Detainees Rather Than Facility or staff
You Got To Be Kidding Me That Sentence Make No sense And contradicts itself 1st You say I Do NOT explain 2nd You say I explain Then ARE Done by Retainee BOTH OF YOUR statements Are CRUE
I DID SEND YOU "PAGES" OF All The Years OF Abuse THAT HAPPENED TO ME IN GREAT DETAIL I mention who, what, where, when, How & Gave You Name/they Did what to Me/ Where/ when Dates Time AND MOST OF THE LARGE LIST OF HATE CRIMES NAMED FACILITY & STAFF SUCH AS 1 List Titled FEDERAL ANTI-SEMETIC Hate Crimes & Evidence
First is July 15 2000 SUP Porter ISA Detainee 2nd is MARCH 23 2002 I stated DOC SGT Russo Jones etc
2ND List titled JUST A Few Federal ANTI-Semetic HATE Crimes of property ⊞ First is HateCrime Grey PSI Stolen 2nd is PSI Games stolen Meaning I Got Jumped by A SGT & A Bunch Of Prison Guards
I stated what Property & What Happen do it stolen or sabatage All of these can ONLY Be Done by facilty and staff Because They Are The "ONLY Ones" that Have The Keys To Property Room etc

⑤ Next You Mention I do NOT mention valid Basis for Such an Action to Transfer To A Nursing Home I thought I DID If not I will now ① This is + has Always will be An UNSafe environment for Jews (AUSCHWITZ Death Camp for Jews 2022) 2nd ANTI-SEMETIC DISCRIMINATION + ABUSE 3rd DENIED Federal ADA Accomodation Assistance 4th Federal Right to Religion Denied Daily 5th Federal Right to Fresh Air Daily Denied 6th with All The ABOVE AND My Life Threatening Health Drug Medical Problems
Those 6 should Be enough A Person Valid Basis for such court ordered Action for me To Die with Dignity & Get Better Than PRISON GRADE Medical Attention & Care During My Last Days
To Be Continued Transfer To Nursing Home

⑥ Next You Mention I do Not Explicitly Allege that I was Denied Due Process or otherwise had My Rights violated during Commitment OR ANNUAL REVIEW Hearings! I Thought I Did Make that clear IN Prior WRITING But I will NOW 2+2 YR HERE = O Advance Because the ANTI-SEMETIC Public Defenders Are ONLY Fighting To Get the MINORITIES OUT OF Here To Re-offend BABYING THE BLACKS- CRUCIFYING THE JEWS NOT TO MENTION Getting them OUT IN 5-10 YRS - HOME NO HATE CRIMES OR VIOLENCE NO RIGHTS VIOLATED HOME IN A ¼ - ½ The Time I Been Here to O Advance

⑦ FINALLY YOU STATED I DID NOT identify ANY SPECIFIC Defendants Against whom I wish to Raise My claims! Are You Serious co:
*Are You All Reading The Same Case As Me that I Keep Repeating To You I Named A Gazillion Defendants First In the Cover pages Section Plaintiff v Defendants All Three Times, This Time Too 19 more Defendants Enumerated Them For AND ON THE LIST OF HATE CRIME EACH DEFENDANT that Did it is Why I Used ET AL ?

No Help in Annual Hearing NUMEROUS Violations I Just Don't Know what they are 2/6/6

AGAIN IN SECTION III FACTS This Time I Named EACH Newly Added Defendant AND NOW They EACH violated Me DAILY LIST This Time AS ①-⑦

1 DENIED DAILY FRESH AIR/MAP YARD by DOC M BLASH, L. MATHEW, J. PERSAD, J. KOVNCE
2 DENIED DAILY APA ASSISTANCE by DOC M BLASH, L. MATHEW, J. PERSAD, J. KOVNCE
3 DENIED DAILY RELIGIOUS MEAT-MEALS FAIR & BALANCED WITH KOSHER JUICES by
4 DENIED DAILY RELIGIOUS MEALS WITH KOSHER FRUIT, KOSHER DESERT KOSHER BREADS
5 DENIED DAILY RETURN OF PROPERTY STOLEN by DOC L. MATHEWS
6 DENIED DAILY A SAFE NEW COURT ORDER WNBEL with Same exter Writers

US DISTRICT COURT

402 E. STATE STREET ROOM 2020

TRENTON NJ 08608

Sept 1, 2022

J. SARBOURH    **PLAINTIFF**

CIVIL Action Case # 3:22-cv-

You mention in your LAST DECISION REPLY
my original include A number of High level
state executive figures because of these (19) names below this case
I wrote to these High level executives but No Help
I have wrote to all them even though NOT directly
Doing Dirty Harm to Me Not intervening
When I sent them written legislature I feel
makes them just as Guilty by Allowing this
conspiracy to cover up Turning A Blind eye to My reply
This is

**DEFENDANTS (VS)**    3:22-CV-01622-MAS-JBD

DOC ① CHE TIRKIN    WARDEN/ADMIN

DOC ② C. RAUPP    ASSIST WARDEN/ADMIN

DOC ③ J. CROTHERS ASSIST WARDEN/ADMIN

SUP ④ KENNETH WYNN [SGT]    ⑤ SUP ALLEN FOOSE [302]

DOC SUPERVISORS  SGT⑥ ORANGE  ⑦SGT BOOKER  SGT⑧ SUMPTER  SGT⑨ CASTERO

DOC SECURITY STAFF  M ⑩BLASH  ⑪CORE A MARTI ⑫L MATHEWS ⑬J. PERSA
⑭ J. RAINA

FOOD ITI STAFF  ANNIE ⑮ MOTLEY

MEDICAL STAFF  SANDRA ⑯ CONNELLY

DOH DOREEN⑰ STANZIONE  TINA ⑱SPAGNOLA  SAMANTHA ⑲OMES

(  I JURISDICTION & VENUE  )

1 THIS IS A CIVIL Action Authorized by 42 USC Section 1983, to Redress the
Deprivation, under color of state Law, of Rights Secured by the Constitution of the United
States of America. The Court Has Jurisdiction under 28 U.S.C. Section 1331 & 1393
Plaintiff SARBOURH Seeks declaratory Relief pursuant to 28 USC Section 2201 2202
PLAINtiff SARBOURH'S (laims for (IN) junctive Relief are Authorized by 28 USC Section 2283
+ 2284 and Rule 65 of the federal Rules of Civil Procedures


2. The US District Court of NJ is An appropriate Venue Under 28 USC
Section 1391 (b) (2) because it is where the events giving Rise to this
claim occured in the state of New Jersey.

I. PLAINTIFF

3 PLAINTIFF SARBOUKH IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF NEW JERSEY Civil committed to the custody of the New Jersey Department of Corrections. He is currently confined in the old RAHWAY STATE PRISON annex in WOODBRIDGE/RAHWAY New Jersey

III DEFENDANTS

(4) DEFENDANT CHETIRKIN IS THE CURRENT WARDEN/ADMIN of THE RAHWAY STATE PRISON ANNEX/STU, HE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF THE RAHWAY STATE PRISON ANNEX/STU AND FOR THE WELFARE OF All THE INMATES/RESIDENTS OF THAT PRISON INCLUDING PLAINTIFF SARBOUKH

(5) DEFENDANT CRYSTAL RAUPP IS THE ASST. WARDEN/ADMIN " "

(6) DEFENDANT J. CROTHERS WAS THE ASST. WARDEN/ADMIN " "

(7) DEFENDANT SUP KEN WYNN [57] sexually assaulted me IN shower Area July 4

(8) DEFENDANT SUP Allen Foose [303] Assaulted me in microwave Area Jan 29 2022

(9) DEFENDANT DOC supervisor SGT ORANGE DIRECTLY involved & Directed other to AND CAME DURING ABUSE too & REPORTED IT to go see & SUP it HE Acqui DAILY Regarding DOC BLASH & Mathews stealing My PSII & other Property / ANNIE Motley

(10) DEFENDANT DOC SUPERVISOR SGT BOOKER DIRECTLY involved & Acquiesced only But NEVER DIRECTED OTHER to DO to ME THAT I KNOW OF Denying me Juices, DIRECTLY INVOLVED AS FAR AS ADA ASSISTANCE with a cell Meals + Frit time DENIED by ANNIE MOTLEY Kosher Juices for weeks

(11) DEFENDANT DOC supervisor SGT sumpter Directly involved + Acquiesced Daily whoever they worked with the other BLOCK Racist Defendants M Bishol Mathews DENIED by SANDRA CONNELLY A LEG PEG ARM REST + NO BRAKE + A NEW DENYING ME ADA ASSISTANCE DAILY & FRESH AIR TIME + JUICES that Are Wheelchair

(12) DEFENDANT DOC SUPERVISOR SGT CASTERO All The Same As Above (11) SGT sumpter Kosher From There

(13) DEFENDANT DOC COREA-MARTI on 1/29/22 Trash my cell so he + others steal Property + stamps

(14) DEFENDANT (IT) ANNIE MOTLEY (see above) (9)(10)(11)(12) ALLEN FOOSE only in the Jaw

(15) DEFENDANT MEDICAL SANDRA CONNELLY (see above)

(16) DEFENDANTS BOTH

# IV. FACTS

UNDER III. DISCUSSION YOU STATED IN LINE 3[As in original] PLANTIFF FAILS
To Allege Facts That connect ANY OF THE Alleged ATTACKS, THEFTS,
OR OTHER VAGUELY Alleged constitutional or legal violations to
ANY DEFENDANT A Defendant may only be held liable in a Federal civil Rights matter
Where he Has Personal Involvement in the Alleged wrongs to whom is directly involved
in Plaintiff's day-to-day Life ALL These 17 staff on today List [APPLIED] All Have Direct involved
IN Plaintiff's Day to Day Life + Abuse Daily

So Now I Hope + Pray I Got it Right This time
The Now List of Defendants ALL 19 (MINUS the 2 SVP Jefferson's
ARE Personally involved in the Alleged wrongs in this complaint + ALL ARE [FM 17 Staff]
Directly involved IN My Day To Day LIFE HERE DAILY + DEATH + ABUSE
OTHER THAN WARDEN/CAMDEN AS for supervisor You stated will ONLY BE SUBJECT To CIVIL Rights suit
where They Are Directly involved in Alleged Violations, directed others to engage, or had actual
Knowledge of Alleged wrong and Acquiesced in its occurance.

So THIS TIME I GOT IT ALL RIGHT BECAUSE I CORRECTED EVERY LINE
I READ IN YOUR REPLY IN YOUR PAGE 1 WITHOUT SUFFICIENT ELABORATION
FRESH AIR, Religion, ADA, I elaborated To The Best of My Ability This time
It is NOT A ON THIS DAY ONLY THIS 1 STAFF ONLY Did This ONLY
MY CASE IS ALOT Different! It Happens DAILY + Can Be Any of the 3 or All 3 Someday
AND You say for the PAST 2 YRS That would be 365/365 730 incidents of Abuse 730
To Numerous To write About each DAYS DAILY ABUSE

* BUT I DO GOT COURT-ORDERED CAMERAS "OUTSIDE MY Cell"
That You Can ORDER A Copy of To Review Past 30 - 60 Days
To View To Support My Claims DOC staff will Lie (Big Brother Chris will carefully not)
* That is why DOC Had to Get more Creative in Their ANTI-Semetic Hates Crimes Abuse
As You Can see OLD List was physical beatings Attacks Now As Muslim MLK Religion FRESH AIR STP
As for what Actually occured During those Attacks Most Recently Aug 6 DOC [DOC]
took Me in My Wheelchair Picked it up + slammed Me IN Fridge / before That Allen Pense [SVP 3P3]
Assaulted Me Jan 29 2022 AT Microwave Assaulted Me in Wheelchair Hit in Head / Indentation [DOC]

PRIOR I EXPLAIN RIGHT VIOLATED DURING ANNUAL HEARING Request
Last Part of BACK Ground This Time I Did Amend complant
+ Did identify Specfic Defendent Against whom intract w/me Daily
that I wish to Rase My clains

INclosing This will "Suffice" I Did inBed contain
sofficent factual matters HERE for each Defendent".

① My Daily Request for Fresh Air MAP YARD Deneid by DOC L Tabord D Kaine M Blah L Mathews Daily

② My Daily need for ADA assistance Denied DAILy by DOC J Pierson F Kane Daly M Blah L Mathews

③ MY DAILY Request Need for Religious Meals That Are Meat Too Deneid Daily by Janne Mathew

④ My Daily Request for Religious Meals that Are Fair + Balence Juice, Fruit Dessert Bread Denied Daily by Jamie Mathew

⑤ My DAILY Request To Return My PS# tother Property Stolen My L Mathews Denied By L Mathews

⑥ MY DAILY Request For A New Safe wheelchair to Replace Busted Roken Controler one with Alarge Sofe Tires Denied by A Ahun C Shuken J Rappa Connely

⑦ MY DAILY Request for Meaningful Treatment to Alowe Denied by Sandp A Ahun C Shuken J Rappa Daily
me To Release Like Black Get AT BSTU Black Specl Treatment Unit
Denied Any meaningful Treatment Progress even with court order I on I sex offender specfic Treatment
they DOH Do NOT shaw up to Do I on I past 2 week of the 4 weeks of August
This DENIED ONLY TO ME A JEW DENIED Daily by D green stanzione Two speAngles
samuel shaps

ABOVE I PLEADED FACTS CONNECTING
EACH DEFENDANT I ADDED THIS TIME ON COVER
TO EACH EVENT, WHICH I HAVE Complained
About in this complaint connecting them + their Persnal involment to each event

LASTLY Section VIII PRAYER FOR RELIEF
PLAINTIFF SARBOUKH THIS TIME DOES
PLEAD A PLAUSIBLE CLAIM for Relief
AND STATED A CLAIM THIS TIME
UPON WHICH RELIEF MAY BE GRANTED
ALL UNDER SECTION PRAYER for Relief VIII ①-6

V EXHAUSTION OF INHOUSE LEGAL REMEDIES

PLAINTIFF SARBOURH USED THE PRISONER JPAY GRIEVANCE PROCEDURE & KIOSK AVAILABLE AT THE RAHWAY STATE PRISON ANNEX/STU TO TRY AND SOLVE THE FEDERAL US CONSTITUTION RIGHTS/PROBLEMS, THE FEDERAL ANTI-SEMETIC DISCRIMINATION ABUSE/HATE CRIMES OF VIOLENCE & ATTEMPTS ON HIS LIFE (AND CRIMES OF THEFT & VANDALISM to HIS AND ALSO FEDERAL ADA ASSISTANTS DENIED Belongings ACCOMMODATIONS & ABUSE ALL of These Abuses ARE UNFORTUNATELY NOT AN ISOLATED INCIDENT THEY ARE DAILY SOMETIME 2+3 TIMES ADAY NEVER ENDING ALWAYS CHANGING—US Federal Constitution —FEDERAL ADA ABUSE TOO NUMEROUS TO MENTION( Also Almost —FEDERAL ANTISEMETIC ABU ALL Records of "DOCUMENTED" ABUSES I WRITE UP AGAINST ADMIN & the "Powers-to-be" on JPay ARE "repeatedly" ERASED & DELETED From Kiosk the JPAY KIOSK by ADMIN (to TAMPER WITH ANY & ALL EVIDENCE AGAINST Them) IN Their Attempt to OBSTRUCT JUSTICE FOR ME IN COURT AGAINST THEM Thus OFFICIAL MISCONDUCT by Them Too! SO I WILL write From My paper calanders Records keeping To the Best of my Abilities (note Some of My Papers to Create A Paper Tail "magically" Disappear During a "TARGETED SEARCH of my Cell)! they Trash the Cell + steal whatever they need + want To "Protect their Asses" From Being A COURT— LIKE YOU + ANSWERING FOR THEIR ABUSES ←THAT WOULD CLEARLY COST THEM their Jobs + Pensions

SO ON ALMOST A DALY BASIS PLAINTIFF SARBOUKH
USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE
AT THE RAHWAY STATE PRISON ANNEX/STU

[margin: 1PM Kiosk]

TO TRY TO SOLVE THE PROBLEM WITHOUT
HAVING TO GO THRU ALL THIS TIME EFFORT
+ PAPER WORK OVER + OVER + OVER + OVER + OVER
IN FEDERAL COURT TIL HE GETS IT RIGHT
TO GET IT ACCEPTED + A LAWYER APPOINTED
TO MAKE ALL THIS ABUSES STOP cause + death
I PRAYED + CONTINUE TO PRAY THIS TIME [I GOT IT RIGHT]
MY FEDERAL CASE WILL BE DONE RIGHT
+ ACCEPTED SO I CAN GET THE HELP I
NEED BEFORE THEY KILL ME IN HERE "Literally"!

## ( VI LEGAL CLAIMS )

[margin: WARDEN ADMIN]

DEFENDANTS USED official Misconduct, Dereliction of Duties,

[margin: CHESTRIAN RAUPP CROTHER]

wilfull Negligence, All WHILE AIDING + ABETTING
EACH the OTHER DEFENDANTS TO CONSPIRE TO
COVER UP ACTIONS VIOLATING PLAINTIFF
SARBOUKH US FEDERAL CONSTITUTIONAL RIGHTS
(INCLUDING BUT NOT LIMITED TO) EIGHTH Amendment
CAUSING PLAINTIFF SARBOUKH PAIN SUFFERING
PHYSICAL INJURY + EMOTIONAL DISTRESS
MENTAL ANGUISH + HEART FAILURE, HIGH
BLOOD PRESSURE AND OTHER PERMANENT
LIFE THREATEN HEART + MEDICAL CONDITIONS/etc
that are Literally killing the plaintiff Slowly + only A few

FOOD SERVICE ITI DEFENDANTS DAILY USES OFFICIAL MISCONDUCT, DERELICT OF DUTIES
ANNIE MOTLEY WILFULL NEGLIGENCE, ALL WHILE AIDING + ABETTING
EACH OTHER + FOOD SERVICE STAFF UNDER HER
TO CONSPIRE TO COVER UP ACTIONS VIOLATING
PLAINTIFF SARBOUKH US FEDERAL CONSTITUTIONAL RIGHTS
AND FEDERAL ANTISEMETIC DISCRIMINATION ABUSE TO RAPID KILLING OUT

MEDICAL SERVICE DEFENDANT
SANDRA CONNELLY

WAS USED OFFICIAL MISCONDUCT WILLFULL ACT OF MISCONDUCT, WILLFULL NEGLIGENCE
ALL WHILE AIDING & ABETTING EACH
OTHER MINORITY MEDICAL SERVICE STAFF
UNDER HER TO CONSPIRE TO COVER UP
ACTIONS VIOLATING PLAINTIFF
SARBOUKH FEDERAL US CONSTITUTIONAL
RIGHTS AND FEDERAL ANTI-SEMETIC DISCRIMINATION
ABUSE BY MINORITY SANDRA CONNELLY
REGARDING FEDERAL ADA ACCOMMIDATION
TO REPLACE MY DANGEROUS UNSAFE
Busted Broken COURT ORDERED WHEELCHAIR
WITH A NEW ONE OF EQUAL VALUE
Conservative (**NOT** CHEAPER + UNSAFE)
MY OLD ONE HAS **NO** BRAKES
**NO** ARMREST & NOW ONLY 1 LEG PEREST
BUT HAS LARGER + SAFER FRONT TIRES
★ SINCE I GOT HURT WITH SMALLER
UNSAFE BABY stroller Tires that DRY Roted
Bent Busted Broke + Fell off causing PTSD
I Need A NEW WHEELCHAIR with
The SAME LARGER + SAFER Front Tires
Like I Got **NOT** Cheaper + DANGEROUS Because
IM A Jew & DO NOT LOOK Like them!
note Blacks Get New ones every year
Even When they can WALK Like James Green
+ Kenny WYNN Just to name A Few that Arent Jew
THATS WHY THEY CALL THIS BSTU Black Special Treatment unit
MY FAMILY TAXES IS PAYING FOR IT too
AND JEW LIVES MATTER TO ME STILL
JUST NOT TO SANDRA CONNELLY

---

DOC + SUPERVISORS OF SECURITY STAFF DEFENDANTS DAILY USES OF OFFICIAL

| | |
|---|---|
| SGT SUMPNER ?spelling | MISCONDUCT, WILFULL NEGLIGENCE |
| SGT ORANGE | ALL WHILE AIDING & ABETTING |
| SGT BOOKER | EACH OTHER MINORITY DOC |
| SGT CASTERO | SECURITY STAFF UNDER THEM |
| | TO CONSPIRE TO COVER UP |
| KOUNCE | ACTIONS VIOLATING PLAINTIFF |
| J. PERSAD | SARBOUKH FEDERAL US |
| L. MATHEWS | CONSTITUTIONAL RIGHTS INCLUDING BUT NOT LIMITED TO |
| M. BLASH | FRESH AIR RIGHTS + 8th Amendment Rights |
| CDREA - MARTI | Also Federal ADA Assistance + Accommidation by Porters & Pops as well ERNIE Wilson Ada w/ Id moped |
| | Also Federal ANTI-Semetic Discrimination |

Ken Wynn 67
Comp for 2 Sup Allen Foose 303

**DEFENDANT**
**Black Racist**
HOMO SEXUAL
VIOLENT + PREDATOR
KEN WYNN #67

DEFENDANT SUP KEN WYNN 67 ON JULY 4, 2020 Committed ANTI-Semitic Hate Crime
ATTACK THE PLAINTIFF SARBOUKH while
PLAINTIFF IS LOCKED IN SHOWER AREA
SITTING IN HIS WHEEL CHAIR REMOVING
HIS MEDICAL GOWN TO ROLL INTO
THE ADA ROLL-IN SHOWER
DEFENDANT WYNN REACHES IN FoodPort
CUFF DOOR OPENING RIPPING off
PLAINTIFF'S MEDICAL GOWN BUTTON HOLDING Howie GATES JENS
(I STILL HAVE IT AS EVIDENCE)
MAKING PLAINTIFF NAKED THEN
MOLESTING PLAINTIFF + RUNNING
HIS HANDS THRU PLAINTIFF HAIR
FOR DEFENDANT SEXUAL GRADIFICATION
TIL SECURITY STAFF DOC BARRA Responds
TO PLAINTIFFS Screams for Help
+ ORDERS DEFENDANT TO STOP
GET OFF PLAINTIFF + STEP AWAY
FROM THE GATE + LOCK IN.
THIS ANTI SEMETIC HATE CRIME SEX CRIME
WAS TRAUMATIC CAUSING PTSD FLASH BACKS
NITTE MARES STRESS + UNREST!
UNFORTUNATELY The Powers 2 B Admin etc
ALL LIED DENIED JUSTIFY + Covered up this PREA case

**DEFENDANT**
**ANTI-SEMETIC**
HOMO SEXUAL
VIOLENT PREDATOR
ALLEN FOOSE 303

DEFENDANT SUP ALLEN FOOSE 303 on JAN 29 2022
ATTACK THE PLAINTIFF SARBOUKH IN AN ANTI-SEMETIC
HATE CRIME OF VIOLENCE (I HAVE A HISTORY WITH FOOSE His Hate to 2
WHILE I WAS AT THE DESK/ MICROWAVE I asked how I did at running
trying I Explain the flammable image blacked Bury AKNOWlEDge the ABUSE of BARRA
& How they are Abusing Me 22 yrs 2 0 Advancement That He wants to help
Me NOT DIE IN HERE BUT GET OUT OR ATLEAST TRANSFER TO NJsp Home
DEFENDANT FOOSE Always in my bus.. nosy Runsover Yelling YOU JEW Are GOIN to DIE here
with KEN WYNN (Foose's lover) FOOSE SAYS IS OUT having SEX Everyday etc
...

# VII PRAYER FOR RELIEF

WHERE FORE, PLAINTIFF SARBOUKH RESPECTFULLY PRAY THAT I GOT IT RIGHT "FINALLY" THIS TIME. THAT THIS COURT ENTERS JUDGEMENT!

GRANTING PLAINTIFF SARBOUKH A DEclaration that THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATES HIS RIGHTS UNDER THE FEDERAL US CONSTITUTION AND LAWS OF THE UNITED STATES, AND

① A PRELIMINARY AND PERMANENT INJUNCTION ORDERING MEDICAL DEFENDANT MINORITY SANDRA CONNELLY to CEASE + DESIST MEIRE FEDERAL ANTI SEMETIC DISCRIMINATION ABUSE REGARDING FEDERAL ADA Accommodation BY REPLACING PLAINTIFF SARBOUKH'S BUSTED + BROKEN "DANGEROUSLY UNSAFE" COURT ORDERED WHEEL CHAIR WITH AN "EQUAL" REPLACEMENT BRAND NEW WHEELCHAIR WITH THE SAME LARGER SAFER FRONT TIRE HE HAS NOW on his old one

② A PRELIMINARY AND PERMANENT INJUNCTION ORDERING FOOD SERVICE DEFENDANT MINORITY ANNIE MOPLEY to CEASE + DESIST HER FEDERAL US CONSTITUTION RIGHTS VIOLATING 8th Amend. REGARDIN FEDERAL ANTI-SEMETIC DISCRIMINATION ABUSE REGARDING COURT ORDERED FAIR + BALANCED JEW MEALS I'M BEING "FORCE VEGETARIAN" ③ AND AM ENTITLED to MEAT MEALS "LIKE A preliminary + permanent ORDER MINORITIES GET THAT ARE NOT JEWS Injunction MOPLEY to stop to stop Running out ALSO. PERMANENT INJUNCTION ORDERING BACK RAW Veggies of Kosher Jewish NJ court order Jew meals

A PRELIMINARY AND PERMANENT INJUCTION ORDERING ADMIN
DEFENDANTS TO CEASE &DESIST THEIR FEDERAL US
CONSTITUTIONAL RIGHTS VIOLATIONS Daily INCLUDING BUT
NOT LIMITED TO FRESH AIR 1st AMENDMENT 8th AMENDMENT
ALSO CEASE & DESIST FEDERAL ANTI SEMETIC
DISCRIMINATION ABUSE by AIDING & ABETTING
Their ABOVE minority MEDICAL DEFENDANT Sandra Connelly
with her Refusing To Replace My Last Order Wheelchair That
Has NO BRAKES NOW NO ARMREST NOW +ONLY +Length
WITH A NEW ONE OF EQUAL VALUE W/ larger safer hand tires NOW

① ⑤
Also ORDERING ADMIN DEFENDANTS TO CEASE +DESIST
THEIR FEDERAL US CONSTITUTIONAL RIGHTS VIOLATIONS
DAILY ALSO CEASE + DESIST FEDERAL ANTI- SEMETIC
DISCRIMINATION ABUSE BY AIDING + ABETTING
THEIR ABOVE minority FOOD SERVICE DEFENDANT ANNIE MOTLEY
with her Refusing To Supply Me With "Meat meals" Regarding My Court ordered
Jewish Kosher Meals FORCING ME TO EAT VEGETARIAN only
for Exercising My Federal Right To Religion (Minorities
Get Meat Meals Daily) +Muslims Get Meat Meals) Why
Be so ANTI- SEMETIC Forcing Practicing Jews To eat
ONLY EGGS + PASTA + FAKE meat Concrete Veg
DENIED RAW VEGGIES + SALAD SIDE DISHES by meals
+STOP RUNNIN OUT OF KOSHER JEW JUICES FOR WEEKS causing severe Dehydration Pain suffer set value to weiser

I Repeated wrote These Up Requesting ADMIN take
ADMIN ACTION To CEASE +DESIST
SO I WONT HAVE TO FILE +FEDERAL COURT
ALL To NO AVAIL on Play THUS THIS
⑥ FEDERAL COURT ACTION SEEKING
PRECIMINARY +PERMANENT INJUCTIONS ORDERING CEASE +DESIST
Their Abuse Regarding New Meals Daily meat meals NOT Veggie + Fair+Balance List Left Sent to
Their Abuse Regarding A new wheelchair with same larger safer Road tires + Also this causes length out there

A PRELIMINARY AND PERMANENT INJUNCTION
ORDERING TREATMENT DEFENDANTS
Anti-Semetic DOREEN STANZIONE Anti-Semetic Tina Spagnola Anti-Semetic committed Ames
To CEASE & DESIST HER FEDERAL ANTI-SEMETIC
DISCRIMINATION ABUSE REGARDING FEDERAL
US CONSTITUTIONAL RIGHTS VIOLATED
INCLUDING BUT NOT LIMITED TO 1st & 8th amendment
CAUSING ~~FEED~~ PLAINTIFF SARBOUKH
To BE COMMITTED for the Sole Purpose of
TREATMENT to Advance to Release
22 YRS HERE PLAINTIFF SARBOUKH
- DENIED ANY MEANING FUL TREATMENT
DENIED ANY ADVANCEMENT TO RELEASE
DENIED ANY SAFETY & SECURITY see 2 List of
Anti-Semetic
Spoke to Judge Bradford Every About 20 yrs 0 Advancement for the Jew SARBOUKH Just Hate Crimes of Abuse
Hate Crimes Acting
on my Life, Sent
Rory Hurt those
People's Shaving
22 yrs of Violence
Crimes that I am
Novring Justice
no Peace no Closer
No Compensation

A PRELIMINARY + PERMANENT INJUNCTION
ORDERING TREATMENT DEFENDANTS
Anti-Semetic Doreen Stanzione Anti-Semetic Tina Spagnola Anti-Semetic committed Ames
To PROVIDE MEANINGFUL TREATMENT
To ADVANCE PLAINTIFF To RELEASE
IN THE SAME "FAST-TRAK" Treatment Plan
Minorities including not Limited Like Ramos & Lowels Got To Get Released in Various time
WHILE PROVIDING A SAFE & SECURE ENVIROMENT
OF (1 on 1) Sex offender Therapy by Removing the
ANTI-SEMETIC Minority Treator Cedeno That
is Just Running Down the clock on My Court Ordered
4 on 1 for the Past YR = 0 Advancement still
NO Help with Hygene MAP Due To TR No source of
~~Money Plats~~ Even though I Have been shaver
15 out of the last 30 Days
Income to support Hygene
NO Help with TR status Even though I Got Court ordered

GRANTING PLAINTIFF SARBOUKH COMPENSATORY
DAMAGES IN THE AMOUNT OF $50,000 AGAINST
EACH DEFENDANT, JOINTLY AND SEVERALLY.

PLAINTIFF SARBOUKH SEEKS PUNITIVE
DAMAGES IN THE AMOUNT OF $50,000
PLAINTIFF SARBOUKH SEEKS THESE DAMAGES
AGAINST EACH DEFENDANT, JOINTLY + SEVERAL

PLAINTIFF SARBOUKH ALSO SEEK A JURY
TRIAL ON ALL ISSUES TRIABLE BY JURY

PLAINTIFF SARBOUKH ALSO SEEK RECOVERY
OF HIS COSTS IN THIS SUIT, AND

ANY ADDITIONAL RELIEF THIS COURT
DEEMS JUST, PROPER AND EQUITABLE.

GOD BLESS This Place
IN Jesus NAME I PRAY for Justice
Respectfully submitted
J. Sarboukh
Sept 11 2022

VERIFICATION

I Have read the Foregoing complaint and hereby verify That
The matters Alleged Therein Are True, Except As to matters
Alleged on information And Belief, and, As to those, I Believe them to be True.
I certify under penalty of perjury That the Foregoing is True and exact
AND CAN BE SUPPORTED by Court Ordered Cameras Outside My Cell

YOU Will review tape ① See Busted Broken wheelchair with large safety pin Butane BRAKES NO ARM REST? AND ONLY 1 CSG MEDBAG
and/or Daily to Kosher Dates ② See No Porter come to my cell Daily to Bleach Mop Toilet & to change Linens Once Ice
③ See on My Food Port NO RAIR + BALANCE? MEALS No Kosher Bread for Kosher Breakfast NO PANI365SOFT

*[Handwritten annotations: "Pool Me out to IN AN order by Cant", "Her is A Private Attorney that is better Than Anti-Semetic Public Defender"]*

**Joan D. Van Pelt**
Attorney at Law
P.O. Box 87
Plainfield, New Jersey 07061
(908) 400-7474
joanvanpelt@yahoo.com

December 1, 2020

J. Sarboukh, Resident
Special Treatment Unit
P.O. Box 905
Avenel, New Jersey 07001

Re:  Appellate materials

Dear Mr. Sarboukh:

I received the State's respondent's brief this morning and was reminded that I had promised you copies of all the prior briefs and motions as well. I am therefore enclosing our brief, the State's motion to dismiss with supporting brief, my brief in opposition to that motion, and the State's brief on the merits.

I haven't read their brief yet and have 10 days to decide whether to respond in writing or to request oral argument or both. In my experience, requesting oral argument is one way of showing the court that you are serious about the issues involved and not just going through the motions because you can. When I ask for oral argument, I generally don't file a written response because that tips my hand about what I will say in argument and gives my adversary a chance to prepare his response. I would rather he hear my reactions to his brief for the first time when we are in court. I will be thinking about this over the next few days.

Please review the briefs and call me if you have any comments. Remember I am limited to argue what happened last August and not what happened at hearings in the past.

Very truly yours,

*Joan D. Van Pelt*
Joan D. Van Pelt, Esq.

Enclosures

03/12/2022      7324995705      STU CONTROL                    PAGE 01/01
03/12/2022 9⎵3⎵AM FAX

Special Treatment Unit-Annex                                    ☑ 0001/0001
120 Rahway Avenue , Avenel, NJ, 07001                           03/12/2022
                                                                Page 1 of 1
                                                                Test Form

## Test Form

| Ordering Provider: | Sandra Connolly, MD | Service Provider: | Restrictions |
| Unique Identifier: | cmsco50 | | NJDOC |

| Phone: | 732-499-5392 | Phone: | |
| Fax: | | Fax: | |

| Patient Name: | JEFFREY SARBOUKH | DOB: | 3/27/1968 | Age: | 53 |
| Address: | STU-ANNEX-D WING-ROOM-04 | Sex: | M | SSN: | |
| Resp. Provider: | | | | | |

SB# 000389608B
Booking # 000024

**Primary Insurance**
| Company: | NJDOCIC |
| Plan: | NJDOCIP |
| Group #: | |
| Policy #: | |
| Insured Party: | |

| Code | Description |
|------|-------------|
| S018 | Medical-Other |
| | Auth#: |
| | Quantity: 1 |
| | Start Date: 3/11/2022 |
| | Priority: Normal |
| | Instructions: Pt may be assisted out to yard rec -- porters may be allowed to push him/wheelchair. |

Here is DR ORDER
Due To Heart Failure
for porters to push me
All DOC Admin
All DOC SGT supervisers
All DOC Security bbpe
Violated this ORDER
This Man Kaded Bennit to Fed...



FEDERAL US DISTRICT COURT
402 E. STATE STREET
Room 2020
TRENTON, N.J. 08608

08608-150020

DV DANIELS NJ   07
7 SEP 2022   PM 5

RECEIVED
SEP 08 22
AT 3:30 ____ M
WILLIAM T. WALSH
CLERK